MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:  Laura Beth Claypole
Chapter 7 Case No.  09-36643

Please Check One:
☐  Unclaimed Dividends
☒  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, NA<br>C/O Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX  75374 | 7 | 157.30 | 3.50 |

Date:  April 6, 2011

_____
Trustee